# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LIVINGSTON and SHARON MCGILL, individually, and on behalf of a class of similarly suited individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MITAC DIGITAL CORPORATION, a California corporation,<br><br>Defendant. | Case No.: 5:18-cv-05993<br><br>Hon. Jon S. Tigar<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO FILING FIRST AMENDED COMPLAINT; SETTING MOTION TO DISMISS BRIEFING SCHEDULE; AND REQUESTING CONTINUANCE ORDER<br><br>Complaint filed: September 28, 2018 |

Having considered Stipulation to Filing First Amended Complaint; Setting Motion to Dismiss Briefing Schedule; and Requesting Continuance Order, the Court Orders as follows:

1. Plaintiffs shall file and serve their First Amended Complaint on or before December 17, 2018;

2. The deadline for Defendant to file and serve its response to Plaintiff's First Amended Complaint shall be January 7, 2019;

3. If Defendant files a motion under Rule 12 of the Federal Rules of Civil Procedure, the deadline for Plaintiffs to file and serve their opposition to such motion shall be January 21, 2019, the deadline for Defendant to file and serve its reply shall be January 28, 2019, and Defendant's motion shall be set for hearing on Thursday, February 14, 2019, or as soon thereafter as the Court's calendar permits; and

4. The meet and confer and ADR deadlines set in the Court's October 1, 2018 order (ECF No. 5) be extended from December 10, 2018 to April 5, 2019.

5. The deadline for the Parties to file the Joint Case Management Conference Statement set in the Court's October 9, 2018 order (ECF No. 11) be extended from December 21, 2018 by 5:00 PM to April 12, 2019, by 5:00 PM.

6. The Case Management Conference set in the Court's October 9, 2018 order (ECF No. 11) be extended from January 2, 2019 at 2:00 PM to April 24, 2019, at 2:00 PM.

**IT IS SO ORDERED**.

Dated:   F gego dgt "34." 423:

By: _____
Hon. Jon S. Tigcr
United States District Judge