**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL LIVINGSTON and SHARON MCGILL, individually, and on behalf of a class of similarly suited individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MITAC DIGITAL CORPORATION, a California corporation,<br><br>Defendant. | Case No.: 5:18-cv-05993<br><br>Hon. Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING STIPULATION CONTINUING DEADLINE FOR FILING OF THE CASE MANAGEMENT STATEMENT**<br><br>Complaint filed: September 28, 2018 |

Having considered the Parties' Stipulation Continuing Deadline for Filing of the Case Management Statement, the Court Orders as follows:

The deadline for the Parties to file a Joint Case Management Statement shall be extended from April 12, 2019 to April 16, 2019.

**IT IS SO ORDERED**.

Dated: April 15. 2019

By: _____
Hon. Jon S. Tigar
United States District Judge