UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LIVINGSTON and SHARON MCGILL, individually, and on behalf of a class of similarly situated individuals, | Case No. 3:18-cv-05993-JST |
| Plaintiffs, | **[PROPOSED] ORDER ENLARGING TIME TO FILE FURTHER BRIEFING ON PLAINTIFFS' CLAIM FOR TRESPASS TO CHATTELS** |
| v. | |
| MITAC DIGITAL CORPORATION, a California corporation, | |
| Defendant. | |

Having considered the Parties' Stipulated Request for Order Enlarging Time to File Further Briefing on Plaintiffs' Claim for Trespass to Chattels, the Court orders as follows:

1. The deadline for Defendant to file its supplemental brief under the Court's Order Requesting Further Briefing (the "Order") (ECF No. 36) shall be enlarged from May 3, 2019, to May 13, 2019; and

2. The deadline for Plaintiffs' to file their opposition under the Order shall be enlarged from May 14, 2019, to May 24, 2019.

   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____April 30, 2019_____

_____
JON S. TIGAR
United States District Judge