UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LIVINGSTON and SHARON MCGILL, individually, and on behalf of a class of similarly suited individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MITAC DIGITAL CORPORATION, a California corporation,<br><br>Defendant. | Case No.: 3:18-cv-05993<br><br>Hon. Jon S. Tigar<br><br>**ORDER GRANTING IN PART STIPULATION REQUESTING SUPPLEMENTAL BRIEFING BE HELD IN ABEYANCE**<br><br>Complaint filed: September 28, 2018 |

1  Having considered the Parties' Stipulation Requesting Supplemental Briefing Be Held
2  In Abeyance, the Court orders as follows:
3  The parties' motion for preliminary approval pursuant to Rule 23(e) is due on July 12,
4  2019. In the alternative, should the parties fail to reach a final settlement, the supplemental
5  briefing required pursuant to the Order Requesting Further Briefing on Plaintiffs' Claim for
6  Trespass to Chattels (ECF No. 36) and the Order Enlarging Time to File Further Briefing on
7  Plaintiffs' Claim for Trespass to Chattels (ECF No. 40) is due on the same date, July 12, 2019.

**IT IS SO ORDERED**.

Dated: May 10, 2019

By: _____
Hon. Jon S. Tigar
United States District Judge