**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL LIVINGSTON and SHARON MCGILL, individually, and on behalf of a class of similarly suited individuals,<br><br>        Plaintiffs,<br><br>  v.<br><br>MITAC DIGITAL CORPORATION, a California corporation,<br><br>        Defendant. | Case No.:  4:18-cv-05993-JST<br><br>Hon. Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE FILING OF MOTION FOR PRELIMINARY APPROVAL OF AMENDED CLASS ACTION SETTLEMENT** |

1  Having considered the Parties' Joint Stipulation Re Filing of Motion for Preliminary
2  Approval of Amended Class Action Settlement, and **GOOD CAUSE** having been shown, the
3  Court orders as follows: Plaintiffs shall file the Motion for Preliminary Approval of the
4  Amended Class Action Settlement by March 10, 2020.

6  **IT IS SO ORDERED**.

8  Dated: March 6, 2020

By: _____
Hon. Jon S. Tigar
United States District Judge